UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANN JONES and JANE TENZER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAPA JOHN'S INTERNATIONAL, INC.,<br><br>Defendant. | No. 4:23-cv-00023-SRC |

### Order of Dismissal

In accordance with the memorandum and order issued on this date, the Court dismisses this case without prejudice for lack of personal jurisdiction over Defendant Papa John's.

So ordered this 31st day of October 2023.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE