# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  23-3606
_____

Ann Jones, individually and on behalf of all others similarly situated; Jane Tenzer, individually and on behalf of all others similarly situated

Plaintiffs - Appellants

v.

Papa John's International, Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00023-SRC)
_____

## JUDGMENT

Before SHEPHERD, ARNOLD, and ERICKSON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

December 24, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Maureen W. Gornik